IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

VINCENT JENNELL, )
    Petitioner, ) Civil Action No. 7:05-cv-00437
)
v. ) **FINAL ORDER**
)
UNITED STATES OF AMERICA, ) By: Hon. James C. Turk
    Respondent. ) Senior United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the government's motion to dismiss is hereby **GRANTED**, petitioner's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED**, and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 30th day of May, 2006.

        /s/ James C. Turk
        Senior United States District Judge